BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEE THAO** <br> **xxx-xx-3279** <br> <br> **Plaintiff,** <br> **v.** <br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br> **Defendant.** | **CIV-07-1486 EFB** <br> <br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 3, 2008 to April 22, 2008.  This is plaintiff's first extension and is required due to plaintiff's counsel's very heavy briefing schedule and scheduled vacation out of the country during the first half of April.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 25, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 25, 2008 | McGregor W. Scott |
| | United States Attorney |
| | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER |
| | Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 26, 2008.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2