BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE THAO<br>xxx-xx-3279<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security<br>of the United States of America,**<br><br>            Defendant. | CIV-07-1486 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the approval of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 22, 2008, to May 2, 2008.  This extension is required due to an illness in plaintiff's counsel's family.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: April 22, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: April 23, 2008 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | */s/ Deborah Satchel for Elizabeth Firer*<br>ELIZABETH FIRER |
| 9 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 10 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 29, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE