McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BEE THAO, ) | CIVIL NO. 2:07-CV-01486-EFB |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate through counsel, with the Court's approval as indicated below, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The new due date will be July 9, 2008. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

                                                    Respectfully submitted,

Dated: June 9, 2008                /s/ *Bess Brewer*
                                      (As authorized via email on June 9, 2008)
                                        BESS BREWER
                                        Attorney for Plaintiff

Dated: June 9, 2008                McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Elizabeth Firer*
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                                <u>ORDER</u>

    APPROVED AND SO ORDERED.

DATED:  June 9, 2008.              _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE