LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BEE THAO,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01486 EFB<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, ONE HUNDRED TWENTY-TWO DOLLARS AND EIGHTY-ONE CENTS ($4,122.81).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

    This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: September 9, 2009    /s/*Bess M. Brewer*
                            *(As authorized via email)*

                            BESS M. BREWER
                            Attorney for Plaintiff


                            LAWRENCE G. BROWN
                            Acting United States Attorney

Dated: September 9, 2009    By: /s/ *Elizabeth Firer*
                            ELIZABETH FIRER
                            Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of FOUR THOUSAND, ONE HUNDRED TWENTY-TWO DOLLARS AND EIGHTY-ONE CENTS ($4,122.81), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Based on the above, plaintiff's motion for attorney's fees, Dckt. No. 27, is denied as moot.

DATED: September 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2